UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO. 06-CR-00799-BMC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM URIBE-QUINTERO

        Defendants.

_____/

### NOTICE OF PERMANENT APPEARANCE

COMES NOW, Luis I. Guerra, Esq., and enters his Notice of Permanent Appearance on behalf of Defendant, WILLIAM URIBE-QUINTERO, relating the above captioned matter.

        Respectfully submitted,

        s/ Luis I. Guerra

        _____
        Luis I. Guerra, Esq.
        255 Alhambra Circle
        Suite 1150
        Coral Gables, FL  33134
        Telephone: (305) 461-3638
        Facsimile: (305) 350-2525
        F.B.N. 841961

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via ECF/CMF this 1st day of March, 2012 and served upon all parties of record electronically.

s/ Luis I. Guerra

_____
Luis I. Guerra, Esq.